DC, argued for appellee. With him on the brief were Dominic L. Bianchi, General Counsel, and Wayne W. Herrington, Assistant General Counsel.

William F. Lee, Wilmer Cutler Pickering Hale and Dorr LLP, of Boston, Massachusetts, argued for intervenor. With him on the brief were Richard W. O'Neill and Joseph J. Mueller; Mark D. Selwyn, of Palo Alto, California; James L. Quarles III, Nina S. Tallon and Gregory H. Lantier, of Washington, DC; and James M. Dowd, of Los Angeles, CA. Of counsel were Mark C. Fleming and Lauren B. Fletcher, of Boston, MA.

PROST, MAYER, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

John M. DiMatteo, Willkie Farr & Gallagher LLP, of New York, NY, argued for plaintiff-appellant. With him on the brief were Steven H. Reisberg and Robert G. Kofsky.

J. Michael Huget, Honigman Miller Schwartz and Cohn LLP, of Ann Arbor, MI, argued for defendants-appellees. With him on the brief were Deborah J. Swedlow and Charles W. Duncan, Jr.

RADER, Chief Judge, LOURIE, and LINN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Fred BASSALI, Plaintiff–Appellant,**

v.

**JOHNSON CONTROLS, INC., Johnson Controls Technology Company, Johnson Controls Interior L.L.C., and Hoover Universal, Inc., Defendants–Appellees.**

No. 2013–1558.

United States Court of Appeals, Federal Circuit.

May 14, 2014.

**CROSS ATLANTIC CAPITAL PARTNERS, INC., Appellant,**

v.

**FACEBOOK, INC., Appellee.**

No. 2013–1596.

United States Court of Appeals, Federal Circuit.

May 14, 2014.